B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Eastern District of North Carolina** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roadmark Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**PKA RMK Holdings, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-1227511** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**900 East C Street**<br>**Butner, NC**<br><div align="right">ZIP Code **27509**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Granville** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P O Box 209**<br>**Butner, NC**<br><div align="right">ZIP Code **27509**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                        Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Roadmark Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Roadmark Corporation**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John A. Northen, NCSB**
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208**

Address

**(919) 968-4441**
Telephone Number

**January 26, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Rosenthal**
Signature of Authorized Individual

**David Rosenthal**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

**January 26, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   Roadmark Corporation      Case No. _____

Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 3M Corporation<br>Attn: Managing Agent<br>PO Box 601095<br>Charlotte, NC 28260-1095 | 3M Corporation<br>Attn: Managing Agent<br>PO Box 601095<br>Charlotte, NC 28260-1095 | | | 107,880.34 |
| Alliance Funding Group<br>Attention: Managing Agent<br>PO Box 4130<br>Hopkins, MN 55343 | Alliance Funding Group<br>Attention: Managing Agent<br>PO Box 4130<br>Hopkins, MN 55343 | 2012 Stewart Amos Street Sweeper with Isuzu cab | | 117,292.00<br><br>(75,000.00 secured) |
| AWP, Inc.<br>dba Area Wide Protective<br>Attention: Managing Agent<br>826 Overholt Drive<br>Kent, OH 44240 | AWP, Inc.<br>dba Area Wide Protective<br>Attention: Managing Agent<br>Kent, OH 44240 | | | 20,735.00 |
| Blue Ridge Diesel Injection Inc<br>Attention: Managing Agent<br>PO Box 867<br>Slame, VA 24153 | Blue Ridge Diesel Injection Inc<br>Attention: Managing Agent<br>PO Box 867<br>Slame, VA 24153 | | | 31,940.12 |
| Brite-Line Technologies LLC<br>Attention: Managing Agent<br>PO Box 932619<br>Cleveland, OH 44193 | Brite-Line Technologies LLC<br>Attention: Managing Agent<br>PO Box 932619<br>Cleveland, OH 44193 | | | 2,540,121.00 |
| Bullins-Guynn, Inc.<br>Attention: Managing Agent<br>PO Box 11579<br>Durham, NC 27703 | Bullins-Guynn, Inc.<br>Attention: Managing Agent<br>PO Box 11579<br>Durham, NC 27703 | | | 35,912.22 |
| Danton Hydroblasting LLC<br>Attention: Managing Agent<br>603 Central Park Drive<br>Sanford, FL 32771 | Danton Hydroblasting LLC<br>Attention: Managing Agent<br>603 Central Park Drive<br>Sanford, FL 32771 | | | 29,257.79 |
| Durham County Tax Collector<br>Attn: Manager<br>PO Box 30090<br>Durham, NC 27702-3090 | Durham County Tax Collector<br>Attn: Manager<br>PO Box 30090<br>Durham, NC 27702-3090 | Ad valorem taxes on personal property | | 45,696.62 |
| Ennis Paint, Inc.<br>Attention: Managing Agent<br>P O Box 671185<br>Dallas, TX 75267-1185 | Ennis Paint, Inc.<br>Attention: Managing Agent<br>P O Box 671185<br>Dallas, TX 75267-1185 | | | 2,295,278.41 |

B4 (Official Form 4) (12/07) - Cont.

In re    Roadmark Corporation                                                    Case No. _____
_____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Epoplex<br>Attention:  Managing Agent<br>One Park Avenue<br>Maple Shade, NJ 08052 | Epoplex<br>Attention:  Managing Agent<br>One Park Avenue<br>Maple Shade, NJ 08052 | | | 423,690.66 |
| Flint Trading, Inc.<br>Attention:  Managing Agent<br>PO Box 160<br>Thomasville, NC 27361-0160 | Flint Trading, Inc.<br>Attention:  Managing Agent<br>PO Box 160<br>Thomasville, NC 27361-0160 | | | 62,788.62 |
| Magnolia Advanced Materials, Inc.<br>Attention:  Managing Agent<br>5547 Peachtree Industrial Blvd.<br>Chamblee, GA 30341-2296 | Magnolia Advanced Materials, Inc.<br>Attention:  Managing Agent<br>5547 Peachtree Industrial Blvd.<br>Chamblee, GA 30341-2296 | | | 265,100.00 |
| Ozark Materials, LLC<br>Attention:  Managing Agent<br>PO Box 188<br>Greenville, AL 36037 | Ozark Materials, LLC<br>Attention:  Managing Agent<br>PO Box 188<br>Greenville, AL 36037 | | | 592,790.72 |
| Potters Industries, Inc<br>Attn:  Managing Agent<br>PO Box 8500-S-7815<br>Philadelphia, PA 19178-7815 | Potters Industries, Inc<br>Attn:  Managing Agent<br>PO Box 8500-S-7815<br>Philadelphia, PA 19178-7815 | | | 139,945.15 |
| Sherwin Williams Co. (NC)<br>Attention:  Managing Agent<br>PO Box 409991<br>Atlanta, GA 30384-9991 | Sherwin Williams Co. (NC)<br>Attention:  Managing Agent<br>PO Box 409991<br>Atlanta, GA 30384-9991 | | | 212,438.52 |
| Surface Preparation Tech.<br>Attention:  Managing Agent<br>81 Texaco Road<br>Mechanicsburg, PA 17050 | Surface Preparation Tech.<br>Attention:  Managing Agent<br>81 Texaco Road<br>Mechanicsburg, PA 17050 | | | 221,054.98 |
| Traffix Devices Inc.<br>Attention:  Managing Agent<br>160 Avenida La Pata<br>San Clemente, CA 92673 | Traffix Devices Inc.<br>Attention:  Managing Agent<br>160 Avenida La Pata<br>San Clemente, CA 92673 | | | 55,286.00 |
| Truckcraft LLC<br>Attention:  Managing Agent<br>3924 Fairfax Farms Road<br>Fairfax, VA 22033 | Truckcraft LLC<br>Attention:  Managing Agent<br>3924 Fairfax Farms Road<br>Fairfax, VA 22033 | | | 22,810.25 |
| Universal Premium<br>Attention:  Managing Agent<br>P. O. Box  70995<br>Charlotte, NC 28272-0995 | Universal Premium<br>Attention:  Managing Agent<br>P. O. Box  70995<br>Charlotte, NC 28272-0995 | | | 50,771.65 |
| Vincent Iannucci<br>8532 Hawksmoor Drive<br>Raleigh, NC 27615 | Vincent Iannucci<br>8532 Hawksmoor Drive<br>Raleigh, NC 27615 | Stock redemption agreement | | 700,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Roadmark Corporation                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 26, 2015                            Signature   /s/ David Rosenthal
_____                            _____
David Rosenthal
CFO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court

### Eastern District of North Carolina

In re    **Roadmark Corporation**                         ,      Case No. _____

                                  Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,100,000.00 | | |
| B - Personal Property | Yes | 11 | 13,408,943.28 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 6,923,957.12 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 46,319.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 8,023,768.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 14,508,943.28 | | |
| Total Liabilities | | | | 14,994,045.10 | |

B6A (Official Form 6A) (12/07)

In re    **Roadmark Corporation**                                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10 Acres improved with 38,000 sq. ft. building and 9,000 sq ft. warehouse, located at 900 East C Street, Butner, NC** | **fee simple** | - | 1,100,000.00 | 711,449.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,100,000.00** | (Total of this page) |
| Total > | **1,100,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Roadmark Corporation**                                              ,          Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Suntrust #0540 | - | 1,000.00 |
| | | | Branch Banking & Trust #7510 | - | 172,000.00 |
| | | | Edward Jones (Cash only) #9789-1 | - | 4,975.00 |
| | | | Union Bank, #7060 | - | 10,000.00 |
| | | | Prepaid debit cards for employees, used for business expenses | - | 49,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Lease deposit - 10117 Residency Road, Manassas, Va 20110 | - | 22,000.00 |
| | | | Utility deposit SCG&E | - | 2,065.00 |
| | | | Lease deposit - 3 Mauney Court, Columbia, SC | - | 1,000.00 |
| | | | Deposit for last 2 months payments - Alliance Funding Finance lease for Sweeper Trk | - | 6,546.37 |
| | | | NEFF Good faith deposit re July financing not returned | - | 25,000.00 |
| | | | WPVA Customer Acct | - | 356.91 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 293,943.28 |
| | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Roadmark Corporation**                                                    ,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts and progress payments on contracts** | - | 4,740,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Non contract billings per list** | - | 20,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >   **4,760,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Roadmark Corporation**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Prequalification in NC and VA, Business licenses as required** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Ford Explorer** | - | 18,000.00 |
| | | **2014 Toyota Tundra** | - | 25,000.00 |
| | | **2014 Toyota Tundra** | - | 25,000.00 |
| | | **2014 Toyota Tundra** | - | 25,000.00 |
| | | **2014 Toyota Tundra** | - | 25,000.00 |
| | | **2014 Toyota Tundra** | - | 25,000.00 |
| | | **2014 Toyota Tundra** | - | 42,000.00 |
| | | **2012 Stewart Amos Street Sweeper with Isuzu cab** | - | 75,000.00 |
| | | **Trucks and equipment per attached schedule B-25** | - | 5,400,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **5,660,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Roadmark Corporation**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Computers, Office Furniture, Files** | - | **35,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Handliners, tampers, signs, cones, tools replacement parts** | - | **100,000.00** |
| | | **6 Fork lifts** | - | **50,000.00** |
| 30. Inventory. | | **Materials inventory** | - | **2,460,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **computer software and licenses** | - | **50,000.00** |

|  | Sub-Total > | **2,695,000.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **13,408,943.28** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| Year | Manufactur | Description | State | Tag # | Fuel | Reg Weigh | Arrowboard | Add Equipment |
|------|-----------|-------------|-------|-------|------|-----------|------------|---------------|
| 2011 | Mack | Thermo/Dbl Drop Truck | NC | MB7545 | Diesel | 66,000.00 | 4' x 8' | Aaron Dabney |
| 1995 | GMC | Stake | VA | TX134237 | Diesel | 26,000.00 | 4' x 8' | |
| 1993 | GMC | Thermo Striper | VA | 46482 P | Diesel | 64,000.00 | 4' x 8' | 4-3000 lb LDIMelters |
| 1987 | White GMC | 1100 Gal Paint Truck | VA | 29046 P | Diesel | 56,000.00 | 4' x 8' | SC |
| 2007 | Chevy | 330 Gal Paint Truck/Arrow | NC | CJ2210 | Diesel | 26,000.00 | 4' x 8' | Adrain Martinez |
| 2001 | GMC | Stake Bed | VA | TV 15554 | Diesel | 25,950.00 | 4' x 8' | |
| 2005 | GMC | Glue Truck | VA | TW73187 | Diesel | 25,950.00 | 4' x 8' | |
| 1995 | Volvo FE42 | LDI Paint Truck | VA | 29053 P | Diesel | 33,000.00 | 4' x 8' | 550 Gal. Jose Lara |
| 2006 | GMC | 330 Gal Paint Truck/MRL | NC | BV5255 | Diesel | 26,000.00 | 4' x 8' | Ricardo Parra |
| 1997 | GMC | 20' Stake Bed | VA | TS 30897 | Diesel | 25,950.00 | 4' x 8' | |
| 1997 | GMC | 20' Stake Bed/VMB | NC | ER9234 | Diesel | 26,000.00 | 4' x 8' | |
| 1997 | GMC | 20' Stake Bed | NC | LL 7507 | Diesel | 36,000.00 | | H2o Tank |
| 2005 | Ford | Pickup | VA | TX125833 | Gas | 10,000.00 | | |
| 2007 | GMC | 330 Gal Paint/Arrow | VA | TX7131 | Diesel | 26,000.00 | 4' x 8' | Ervin Rodriquez |
| 2000 | Volvo | Paint Truck | VA | 29044 P | Diesel | 58,000.00 | 4' x 8' | Aldo Sanchez |
| 2006 | Peterbilt | 660 Gal Paint Truck | VA | 36464 P | Diesel | 54,000.00 | 4' x 8' | David Cruz-Amador |
| 2007 | GMC | Sweeper | NC | ED 9055 | Diesel | 20,000.00 | 4' x 8' | Dump |
| 2002 | Dodge Ram | Pickup | VA | TX169664 | Gas | 10,000.00 | | John Prestandrea |
| 1999 | GMC | Stake | VA | TU 78099 | Diesel | 25,950.00 | 4' x 8' | |
| 1999 | GMC | Stake | NC | BP6722 | Diesel | 25,000.00 | 4' x 8' | |

| Year | Manufactur | Description | State | Tag # | Fuel | Reg Weigh | Arrowboard | Add Equipment |
|------|-----------|-------------|-------|-------|------|-----------|------------|---------------|
| 2000 | GMC | Arrow / 6 Box Grinder | NC | LL 7508 | Diesel | 33,000.00 | 4' x 8' | |
| 2012 | Nissan | 330 Gal Paint Truck/MRL | VA | TX134236 | Diesel | 26,000.00 | | John Prestandrea |
| 2012 | Isuzu | Sweeper | NC | ED9105 | Diesel | 26,000.00 | 4' x 8' | |
| 2013 | Ford | F150 | NC | BKM7208 | Gas | 6,000.00 | | Aaron Dabney |
| | | | | | | | 4' x 8' | |
| 2007 | GMC | Saw Truck | NC | CK 4654 | Diesel | 26,000.00 | 4' x 8' | |
| 2003 | GMC | 22' Stake Bed/ H2o 110 G | VA | 27524TA | Diesel | 25,950.00 | 4' x 8' | |
| 2002 | GMC | 20' Stake Bed | NC | DJ7703 | Diesel | 25,950.00 | 4' x 8' | |
| 2002 | GMC | 20' Stake Bed | VA | 27523TA | Diesel | 25,950.00 | 4' x 8' | |
| 2011 | Hino | Supply Truck | NC | ER9258 | Diesel | 26,000.00 | 4' x 8' | |
| 2003 | GMC | LDI Melter Truck | VA | 27522TA | Diesel | 25,950.00 | | 2-2000lb I Melters Jose Arevalos |
| 2002 | GMC | 20' Stake Bed | NC | EP5082 | Diesel | 26,000.00 | 4' x 8' | |
| 2002 | GMC | 110 Gal Paint Truck | NC | BP6727 | Diesel | 26,000.00 | 4' x 8' | Octavio Lezo |
| 2009 | AUTOCAR | Removal/Groove/SPM/MRL | VA | 46481 P | Diesel | 65,000.00 | 4' x 8' | SC |
| 2002 | Dodge Ram | Pickup | VA | TX125836 | Gas | 10,000.00 | | Lamont Thomas |
| 2012 | Nissan | 330 Gal Paint Truck/MRL | VA | TX134250 | Diesel | 26,000.00 | | SC |
| 1992 | GMC | LDI Melter Truck | VA | TT 34837 | Diesel | 26,000.00 | | 2-2000 lb. Melters Rodolfo Jimenez |
| 2004 | GMC | LDI Melter Truck | NC | BP6728 | Diesel | 25,000.00 | | 2-2000 Melters Julio Torres |
| 1999 | GMC | RPM / Bitumen Truck | NC | DJ7735 | Diesel | 24,000.00 | 4' x 8' | SC |
| 1994 | GMC | Supply Truck | NC | LL 7511 | Diesel | 54,000.00 | | 20' Stake Bed |
| 1994 | GMC 7000 | 18' Stake Bed /VMB | NC | BP6719 | Diesel | 26,000.00 | 4' x 8' | I |

| Year | Manufactur | Description | State | Tag # | Fuel | Reg Weigh | Arrowboard | Add Equipment |
|------|-----------|-------------|-------|-------|------|-----------|------------|---------------|
| 1994 | GMC 7000 | 18' GlueTruck | VA | TT 23281 | Diesel | 26,000.00 | 4' x 8' | |
| 2000 | GMC | Supply Truck | NC | EP5039 | Diesel | 26,000.00 | 4' x 8' | |
| 2000 | GMC | Arrow 6 Box Grinder | NC | LL 7512 | Diesel | 33,000.00 | 4' x 8' | |
| 1995 | GMC | Top kick supply truck | NC | LL 7513 | Diesel | 53,000.00 | | w/ forklift |
| 2000 | GMC | RPM / Bitumen Truck | NC | BP6731 | Diesel | 24,000.00 | 4' x 8' | SC |
| 1996 | GMC | Top kick supply truck | VA | TT 23280 | Diesel | 25,950.00 | 4' x 8' | 20' Stake bed |
| 2007 | GMC | TMA | VA | TX 21944 | Diesel | 25,952.00 | 4' x 8' | |
| 1991 | Ford | Box truck | VA | TX115964 | Diesel | 35,000.00 | | SC |
| 1996 | GMC | Supply Truck | NC | EB7194 | Diesel | 25,000.00 | 4' x 8' | |
| 1995 | GMC | 18" Stake Bed | VA | 29050 P | Diesel | 33,000.00 | 4' x 8' | |
| 2001 | GMC | 18' Stake Bed | NC | DM7513 | Diesel | 26,000.00 | 4' x 8' | |
| 1997 | GMC | 20' Stake bed | VA | 46329 P | Diesel | 54,600.00 | | w/ forklift |
| 2001 | GMC | T Series Saw Trk | VA | TU 36997 | Diesel | 25,950.00 | 4' x 8' | |
| 2001 | GMC | 20' Stake bed | VA | TW 32445 | Diesel | 25,950.00 | | |
| 2001 | GMC | Glue Truck | VA | TU 44781 | Diesel | 25,950.00 | 4' x 8' | |
| 2001 | GMC | Epoxy truck | NC | LL 7988 | Diesel | 55,000.00 | 4' x 8' | Salvador Cruz |
| 2011 | Toyota | Pickup | VA | XEU1704 | Gas | 10,000.00 | | Gary Nixon |
| 2004 | GMC | 22' Stake Bed | NC | BP6735 | Diesel | 25,950.00 | 4' x 8' | |
| 2004 | Isuzu | 22' Stake Bed | NC | EP5083 | Diesel | 26,000.00 | 4' x 8' | |
| 2004 | ISUZU | 22' Stake Bed | NC | BP6738 | Diesel | 26,000.00 | 4' x 8' | |

| Year | Manufactur | Description | State | Tag # | Fuel | Reg Weigh | Arrowboard | Add Equipment |
|------|-----------|-------------|-------|-------|------|-----------|------------|---------------|
| 2007 | GMC | TMA | VA | TX21945 | Diesel | 0.00 | 4' x 8' | |
| 2000 | International | Dumptruck | VA | TX115693 | Diesel | 58,400.00 | | |
| 1999 | Beuthling | Roller/Trailer | VA | CT637442 | | 5,100.00 | | |
| 2002 | GMC | 18' Stake Bed/ VMB | NC | BP6739 | Diesel | 26,000.00 | 4' x 8' | |
| 2007 | GMC | Envoy | NC | WXB2381 | Gas | 5,550.00 | | Larry Lemmerman |
| 2012 | Hino | W/ Broom | VA | 10909TB | Diesel | 26,000.00 | 4' x 8' | |
| 2012 | Hino | W/ Broom | NC | CX8405 | Diesel | 26,000.00 | 4' x 8' | |
| 2002 | Ford | F250/ Mechanic Truck | VA | 10908TB | Gas | 10,000.00 | | Jose Cuellar |
| 2012 | Hino | W/ Broom | VA | TX109222 | Diesel | 26,000.00 | 4' x 8' | |
| 2011 | Hino | Kettle Truck | VA | TX109221 | Diesel | 26,000.00 | 4' x 8' | Angel Rivera/ Angel Joya |
| 2008 | GMC SOLD | Van | NC | BY9843 | Gas | 8,000.00 | | Marlen Villeda |
| 2001 | GMC | RETIRED | VA | RDMRK5 | Gas | 9,200.00 | | SC |
| 2002 | International | Tymco Sweeper/Large | NC | BP6743 | Diesel | 26,000.00 | 4' x 8' | |
| 1996 | Volvo | 3M Polyurea Truck | NC | LL 7514 | Diesel | 57,000.00 | 4' x 8' | Ramon Lara |
| 2002 | GMC | 18' Stake Bed | NC | EP5081 | Diesel | 26,000.00 | 4' x 8' | |
| 2002 | GMC | 18' Stake Bed | NC | BP6745 | Diesel | 26,000.00 | 4' x 8' | |
| 2002 | Isuzu | Small Grinder Truck w/vac | NC | BP6746 | Diesel | 20,000.00 | 4' x 8' | |
| 2004 | GMC | Yukon | VA | XWB1044 | Gas | 5,269.00 | | Luis Martinez |
| 2004 | Ford | F250 Pickup | VA | RDMRK6 | Gas | 10,000.00 | | Jenny Martinez |

| Year | Manufactur | Description | State | Tag # | Fuel | Reg Weigh | Arrowboard | Add Equipment |
|------|-----------|-------------|-------|-------|------|-----------|------------|---------------|
| 2004 | Ford | F350 Pickup | NC | BV5256 | Gas | 10,000.00 | | Rodolfo Jimenez |
| 2004 | Ford | F350 Pickup | VA | RDMRK8 | Gas | 10,000.00 | | Edwin Santillan |
| 2004 | Ford | F350 Crew Cab | NC | SZH2185 | Gas | 10,000.00 | | Adrian Martinez |
| 2004 | Ford | F350 Crew Cab | NC | SYK1092 | Gas | 10,000.00 | | Aaron Dabney |
| 2005 | Autocar / MRI | Thermo Truck | NC | LT2034 | Diesel | 65,000.00 | 4' x 8' | Lamont Thomas |
| 2007 | ISUZU BURNED | Small Tymco Sweeper | VA | TX77214 | Diesel | 26,000.00 | 4' x 8' | |
| 2005 | Chevrolet | Silverado 2500 | NC | WXB7075 | Gas | 10,000.00 | | Ricardo Parra |
| 2005 | Chevrolet | Silverado 2500 | VA | TW 7301 | Gas | 10,000.00 | | |
| 2008 | GMC | Pickup | NC | BY9816 | Gas | 10,000.00 | | Ramon  Lara |
| 2005 | Chevrolet | Silverado 2500 | VA | TW 7303 | Gas | 10,000.00 | | David Cruz |
| 2004 | ISUZU | 22' Stake Bed | NC | BP6748 | Diesel | 26,000.00 | 4' x 8' | |
| 2008 | GMC | Pickup | VA | TX21921 | Gas | 6,000.00 | | Ervin Rodriquez |
| 2000 | Ford | F350 | VA | TX95439 | Diesel | 5,500.00 | | Leondras Clemons |
| 1986 | Peterbilt STOLEN | Tractor/Rumble | VA | 54803P | Diesel | 20,000.00 | | |
| 1984 | Kayl | Rumble & Trailer | NC | AB71813 | | 0.00 | | |
| 2001 | Trim | (w 102) Flatbed Trailer | NC | AB71814 | | 0.00 | | |
| 2003 | GMC | Stake Bed | NC | DZ8113 | Diesel | 26,000.00 | 4' x 8' | No Side Gates |
| 2000 | International | Dumptruck | VA | TX156308 | Diesel | 58,400.00 | | |
| 2012 | Ford | Expedition | NC | BJH5211 | Gas | 10,000.00 | | Audrey Parker |
| 2008 | Toyota | Tundra | NC | BJH5213 | Gas | 5,000.00 | | Jeff Hobble |

| Year | Manufactur | Description | State | Tag # | Fuel | Reg Weigh | Arrowboard | Add Equipment |
|------|-----------|-------------|-------|-------|------|-----------|------------|---------------|
| 2008 | GMC | Yukon | VA | WUH7209 | Gas | 5,827.00 | | Mike Bryan |
| 2010 | Isuzu | Sweeper | NC | ED 9118 | Diesel | 26,000.00 | | |
| 2014 | Mack | Removal | NC | ML3620 | Diesel | 65,000.00 | | |
| 2013 | Mack | Thermo | NC | MK2885 | Diesel | 66,000.00 | | |
| 2013 | Hino | TMA | NC | ED9257 | | 10,390.00 | | |
| 2013 | Hino | TMA | NC | ED9258 | | 10,390.00 | | |
| 2010 | Ford | Rick Alder | NC | CHH9699 | Gas | 0.00 | | |
| 2014 | Toyota | Tundra | NC | EK7772 | Gas | 0.00 | | Pat Conway |
| 2014 | Toyota | Tundra | NC | CKK5490 | Gas | 0.00 | | Adrian Martinez |
| 2014 | Toyota | Tundra | NC | CKL3307 | Gas | 0.00 | | Marco Plazas |
| 2014 | Toyota | Tundra | NC | CKL3306 | Gas | 0.00 | | Ramon Lara |
| 2014 | Toyota | Tundra | NC | CKK7996 | Gas | 0.00 | | Lamont Thomas |
| 2014 | Toyota | Tundra | NC | CKL3335 | Gas | 0.00 | | John Prestandrea |
| 2014 | Toyota | Tundra | NC | CML4333 | Gas | 0.00 | | Aaron Dabney |
| 1995 | Ford | L700 | | | | 0.00 | | |
| 1999 | TEXA | (89T)Trailer/Water Blast | NC | BW68668 | | 0.00 | | |
| 1998 | Dickson | (46T) Trailer | NC | AV 33498 | | 0.00 | | Carries Shot Blaster |
| 2008 | Trailer | (88T) John Deere Skidstee | VA | CT 583103 | | 0.00 | | |
| | Dynatech | Concrete Saw | | | | 0.00 | | |
| 2007 | Leonard | (94T)Trailer/NC Bobcat | NC | BZ56369 | | 0.00 | | |

| Year | Manufactur | Description | State | Tag # | Fuel | Reg Weigh | Arrowboard | Add Equipment |
|---|---|---|---|---|---|---|---|---|
| | John Deere | 332 Skidsteer | | | | 0.00 | | |
| | Bobcat | Skidsteer | | | | 0.00 | | |

B6D (Official Form 6D) (12/07)

In re    **Roadmark Corporation**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **001-0641813-500** | | | | Finance Lease | | | | | |
| Alliance Funding Group Attention:  Managing Agent PO Box 4130 Hopkins, MN 55343 | | - | | 2012 Stewart Amos Street Sweeper with Isuzu cab | | | | | |
| | | | | Value $              75,000.00 | | | | 117,292.00 | 42,292.00 |
| Account No. 611921273476 | | | | Assigned Title | | | | | |
| Ally Financial Attention:  Managing Agent PO Box 9001952 Louisville, KY 40290 | X | - | | 2014 Toyota Tundra | | | | | |
| | | | | Value $              25,000.00 | | | | 25,849.00 | 849.00 |
| Account No. 20235619671001 | | | | Assigned Title | | | | | |
| BB&T Attn: Manager PO Box 2306 Wilson, NC 27894 | X | - | | 2014 Toyota Tundra | | | | | |
| | | | | Value $              25,000.00 | | | | 26,260.00 | 1,260.00 |
| Account No. 17664703 | | | | Assigned Title | | | | | |
| Carmax Attn: Manager PO Box 440809 Kennesaw, GA 30160 | | - | | Ford Explorer 2010 | | | | | |
| | | | | Value $              18,000.00 | | | | 25,417.00 | 7,417.00 |
| __**2**__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 194,818.00 | 51,818.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Roadmark Corporation**_____,    Case No. _____
                                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **11418913004702** | | | | Assigned Titles | | | | | |
| **Chase**<br>**Attn: Manager**<br>**PO Box 78068**<br>**Phoenix, AZ 85062** | X | - | | 2014 Toyota Tundra | | | | | |
| | | | | Value $     **25,000.00** | | | | **25,812.00** | **812.00** |
| Account No. | | | | 5/21/14; d/b/a Far West Capital | | | | | |
| **DSCH Capital Partners, LLC**<br>**Attn: Manager**<br>**4601 Spicewood Springs Rd**<br>**Bldg 2, Suite 200**<br>**Austin, TX 78759** | X | - | | UCC security interest<br><br>1st lien on Accounts and Inventory, 2nd lien on equipment and other assets | | | | | |
| | | | | Value $     **12,750,000.00** | | | | **1,936,845.00** | **0.00** |
| Account No. | | | | 5/23/14 | | | | | |
| **PMC Financial Services Group, LLC**<br>**Attn: Manager**<br>**12243 Branford St.**<br>**Sun Valley, CA 91352** | X | - | | UCC security interest<br><br>1st lien on equipment and certain vehicles, 2nd lien on Accounts and Inventory | | | | | |
| | | | | Value $     **12,750,000.00** | | | | **3,464,667.00** | **0.00** |
| Account No. **D369418** | | | | 12/31/14 | | | | | |
| **Premium Assignment Corporation**<br>**Attn: Manager**<br>**PO Box 8800**<br>**Tallahassee, FL 32314** | | - | | security interest<br><br>unearned insurance premiums | | | | | |
| | | | | Value $     **500,000.00** | | | | **479,000.00** | **0.00** |
| Account No. **1010000003198256** | | | | Assigned Title | | | | | |
| **Southeast Toyota Financial**<br>**Attn: Manager**<br>**PO Box 70832**<br>**Charlotte, NC 28272** | X | - | | Toyota Tundra SW 2014 | | | | | |
| | | | | Value $     **42,000.00** | | | | **41,475.00** | **0.00** |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)      **5,947,799.00**      **812.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Roadmark Corporation**                                    ,   Case No. _____
                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1010000003195313** | | | Assigned Title | | | | | |
| **Southeast Toyota Financial** **Attn: Manager** **PO Box 70833** **Charlotte, NC 28273** | X | - | **2014 Toyota Tundra** | | | | | |
| | | | Value $           **25,000.00** | | | | **25,834.00** | **834.00** |
| Account No. **1010000003207600** | | | Assigned Title | | | | | |
| **Southeast Toyota Financial** **Attn: Manager** **PO Box 70834** **Charlotte, NC 28274** | X | - | **2014 Toyota Tundra** | | | | | |
| | | | Value $           **25,000.00** | | | | **25,834.00** | **834.00** |
| Account No. **1010000003205450** | | | Assigned Title | | | | | |
| **Southeast Toyota Financial** **Attn: Manager** **PO Box 70835** **Charlotte, NC 28275** | X | - | **2014 Toyota Tundra** | | | | | |
| | | | Value $           **25,000.00** | | | | **25,834.00** | **834.00** |
| Account No. **0060892889-8007215** | | | 13-Feb | | | | | |
| **Suntrust Bank** **Attn: Manager** **PO Box 79079** **Baltimore, MD 21279** | X | - | **First Deed of Trust** **10 Acres improved with 38,000 sq. ft. building and 9,000 sq ft. warehouse, located at 900 East C Street, Butner, NC** | | | | | |
| | | | Value $        **1,100,000.00** | | | | **703,838.12** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **781,340.12** | **2,502.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **6,923,957.12** | **55,132.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Roadmark Corporation**                                                                ,        Case No. _____
_____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Roadmark Corporation**                                          ,   Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Ad valorem taxes on personal property | | | | | | |
| Durham County Tax Collector Attn: Manager PO Box 30090 Durham, NC 27702-3090 | - | | | | | | 45,696.62 | 0.00 | 45,696.62 |
| Account No. | | | for notice purposes only | | | | | | |
| Employment Security Commission Attn: Bankruptcy Dept PO Box 26504 Raleigh, NC 27611 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | for notice purposes only | | | | | | |
| Internal Revenue Service Attn: Centralized Insolvency Section PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Use taxes | | | | | | |
| NC Department of Revenue Attn: Bankruptcy Dept 501 N Wilmington Street P.O. Box 25000 Raleigh, NC 27640-5000 | - | | | | | | 623.15 | 623.15 | 0.00 |
| Account No. | | | Use taxes | | | | | | |
| South Carolina Department of Revenue Attn: Sales Tax Section PO Box 125 Columbia, SC 29214-0001 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet  __1__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 623.15 | |
| 46,319.77 | | 45,696.62 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Roadmark Corporation**                                                    ,   Case No. _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Virginia Department of Taxation<br>Attn:  Sales & Use Tax Division<br>PO Box 26626<br>Richmond, VA 23261-6626** | - | | **Use taxes** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 623.15 | |
| (Report on Summary of Schedules) | 46,319.77 | 45,696.62 |

B6F (Official Form 6F) (12/07)

In re   **Roadmark Corporation** _____ ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **3M Corporation** **Attn:  Managing Agent** **PO Box 601095** **Charlotte, NC 28260-1095** | - | | | | | | 107,880.34 |
| Account No. | | | | | | | |
| **Airgas USA, LLC** **Attn:  Managing Agent** **PO Box 532609** **Atlanta, GA 30353-2609** | | | | | | | 399.11 |
| Account No. | | | for notice purposes only | | | | |
| **Allied Waste Services #939** **Attention:  Managing Agent** **PO Box 9001099** **Louisville, KY 40290-1099** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Alsco Servitex Division** **Attention:  Managing Agent** **PO Box 3594** **Durham, NC 27702** | - | | | | | | 232.80 |

| | | |
|---|---|---|
| __19__  continuation sheets attached | Subtotal (Total of this page) | 108,512.25 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roadmark Corporation**                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AmeriGas - Garner** **Attention: Managing Agent** **PO Box 371473** **Pittsburgh, PA 15250-7473** | - | | | | | | 1,986.49 |
| Account No. | | | | | | | |
| **Applied Industrial Tech.** **Attention: Managing Agent** **PO Box 6339** **Cleveland, OH 44101-1339** | - | | | | | | 1,187.88 |
| Account No. | | | | | | | |
| **Applied Maintenance Supplies & Solutions** **Attention: Managing Agent** **12420 Plaza Drive** **Parma, OH 44130** | - | | | | | | 640.42 |
| Account No. | | | | | | | |
| **ARCET Equipment Co.** **Attention: Managing Agent** **PO Box 10699** **Lynchburg, VA 24506** | - | | | | | | 271.36 |
| Account No. | | | | | | | |
| **Arlington Armature** **7215 Lockport Place** **Attention: Managing Agent** **Lorton, VA 22079** | - | | | | | | 384.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,470.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roadmark Corporation**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AWP, Inc. dba Area Wide Protective Attention: Managing Agent 826 Overholt Drive Kent, OH 44240** | - | | | | | | 20,735.00 |
| Account No. | | | subrogation relationg to paint damage | | | | |
| **Bell Subrogation Services Attn: Managing Agent P O Box 24538 Tampa, FL 33623** | - | | | | | | 3,852.31 |
| Account No. | | | | | | | |
| **Big Red Box Attention: Managing Agent 1721 Pineview Drive Columbia, SC 29209** | - | | | | | | 325.00 |
| Account No. | | | | | | | |
| **Blue Ridge Diesel Injection Inc Attention: Managing Agent PO Box 867 Slame, VA 24153** | - | | | | | | 31,940.12 |
| Account No. | | | | | | | |
| **Bluff Industrial Partners Attention: Managing Agent P O Box 11312 Columbia, SC 29211** | - | | | | | | 2,818.00 |

Sheet no. __2__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,670.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**                                                ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Brite-Line Technologies LLC** **Attention:  Managing Agent** **PO Box 932619** **Cleveland, OH 44193** | | | | | | | | **2,540,121.00** |
| Account No. | | - | | | | | | |
| **Bryant's Container Service, Inc.** **Attention:  Managing Agent** **3724 Stonecroft Blvd.** **Chantilly, VA 20151** | | | | | | | | **496.15** |
| Account No. | | - | | | | | | |
| **Bullins-Guynn, Inc.** **Attention:  Managing Agent** **PO Box 11579** **Durham, NC 27703** | | | | | | | | **35,912.22** |
| Account No. | | - | | | | | | |
| **Capital Rentals, Inc** **Attention:  Managing Agent** **4506 Daly Dr  Suite 100** **Chantilly, VA 20151** | | | | | | | | **1,150.86** |
| Account No. | | - | | | | | | |
| **CCP Industries** **Attention:  Managing Agent** **PO Box 73627** **Cleveland, OH 44193** | | | | | | | | **799.58** |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,578,479.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**_____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ceridian**<br>**Attn:  Finance**<br>**P O Box 10989**<br>**Newark, NJ 07193** | - | | | | | | 45.15 |
| Account No. | | | | | | | |
| **CFE Equipment Corp**<br>**Attention:  Managing Agent**<br>**813 Widgeon Road**<br>**Norfolk, VA 23513** | - | | | | | | 343.53 |
| Account No. | | | | | | | |
| **Cintas Corp #385**<br>**Attention:  AR Dept 800/870-1744**<br>**P O Box 630803**<br>**Cincinnati, OH 45263** | - | | | | | | 450.81 |
| Account No. | | | | | | | |
| **Cintas Corporation #218**<br>**Attention:  Managing Agent**<br>**PO Box 630803**<br>**Cincinnati, OH 45263-0803** | - | | | | | | 171.84 |
| Account No. | | | | | | | |
| **Clark Pavement Marking**<br>**Attention:  Managing Agent**<br>**P.O. Box 1029**<br>**Apex, NC 27502** | - | | | | | | 8,343.20 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,354.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**                                              ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| CleanNet, Inc. Attn: Managing Agent 9861 Broken Land Parkway Columbia, MD 21046 | | | | | | | 190.00 |
| Account No. | | - | | | | | |
| Clegg's Termite & Pest Control Attention: Managing Agent P O Box 3089 Durham, NC 27715 | | | | | | | 55.00 |
| Account No. | | - | | | | | |
| Comfort Engineers Attention: Managing Agent P.O. Box 2955 Durham, NC 27715-2955 | | | | | | | 5,000.00 |
| Account No. | | - | | | | | |
| Crystal Springs Attention: Managing Agent PO Box 660579 Dallas, TX 75266-0579 | | | | | | | 11.08 |
| Account No. | | - | | | | | |
| Danton Hydroblasting LLC Attention: Managing Agent 603 Central Park Drive Sanford, FL 32771 | | | | | | | 29,257.79 |

Sheet no. __5___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,513.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**                                        ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **David M. Rosenthal 5019 Timberly Drive Durham, NC 27707** | | - | | | | | | | 32.22 |
| Account No. | | | | | | | | | |
| **Diamond Springs Attention: Managing Agent PO Box 38668 Richmond, VA 23231** | | - | | | | | | | 14.18 |
| Account No. | | | | | | | | | |
| **Dominion Virginia Power Attention: Managing Agent PO Box 26543 Henrico, VA 23231** | | - | | | | | | | 530.53 |
| Account No. | | | | | | | | | |
| **Donald B. Rice Tire Co., Inc T/A Rice Tire Attention: Managing Agent 909 N. East Street Frederick, MD 21701** | | - | | | | | | | 1,689.92 |
| Account No. | | | | for notice purposes only | | | | | |
| **Duke Energy Attention: Beth Pate P.O. Box 1771 Raleigh, NC 27602** | | - | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __6__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,266.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roadmark Corporation** _____ ,    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dynatech Systems, Inc. Attention:  Managing Agent 161 Reaser Ct. Elyria, OH 44035** | - | | | | | | 11,200.36 |
| Account No. | | | | | | | |
| **Ennis Paint, Inc. Attention:  Managing Agent P O Box 671185 Dallas, TX 75267-1185** | - | | | | | | 2,295,278.41 |
| Account No. | | | | | | | |
| **Epoplex Attention:  Managing Agent One Park Avenue Maple Shade, NJ 08052** | - | | | | | | 423,690.66 |
| Account No. | | | | | | | |
| **Flint Trading, Inc. Attention:  Managing Agent PO Box 160 Thomasville, NC 27361-0160** | - | | | | | | 62,788.62 |
| Account No. | | | | | | | |
| **Frontier Communications Attention:  Collections 19 John Street Middletown, NY 10940** | - | | | | | | 83.36 |

| | | |
|---|---|---|
| Sheet no. __7__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,793,041.41 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roadmark Corporation**                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Gregory Poole Industrial Div** **Attention:  Managing Agent** **PO Box 60457** **Charlotte, NC 28260** | | | | | | | 115.30 |
| Account No. | | - | | | | | |
| **Griffith Energy Services, Inc.** **Attention:  Managing Agent** **P O Box 62632** **Baltimore, MD 21264-4064** | | | | | | | 2,954.08 |
| Account No. | | - | | | | | |
| **Guardway** **Attention:  Managing Agent** **P.O. Box 26656** **Charlotte, NC 28221** | | | | | | | 753.43 |
| Account No. | | - | | | | | |
| **James River Equipment-Manassas** **Attention:  Managing Agent** **9107 Owens Drive** **Manassas Park, VA 20111** | | | | | | | 1,350.10 |
| Account No. | | - | | | | | |
| **Jeffrey M. Fisher** **PO Box 4320** **Chapel Hill, NC 27515** | | | | | | | 3,500.00 |

Sheet no. __8___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,672.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation** ,                                          Case No. _____

                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Legacy Forklift & Equipment**<br>**Attention: Managing Agent**<br>**3851 Oxford Outer Loop Road**<br>**Oxford, NC 27565** | - | | | | | | 776.36 |
| Account No.<br><br>**Lusk Disposal Service**<br>**Attention: Managing Agent**<br>**P O box 300**<br>**Bluefield, WV 24701** | - | | | | | | 80.00 |
| Account No.<br><br>**Magnolia Advanced Materials, Inc.**<br>**Attention: Managing Agent**<br>**5547 Peachtree Industrial Blvd.**<br>**Chamblee, GA 30341-2296** | - | | | | | | 265,100.00 |
| Account No.<br><br>**Mark Rite Lines Equipment Co.**<br>**Attention: Managing Agent**<br>**5379 Southgate Drive**<br>**Billings, MT 59107-1154** | - | | | | | | 13,831.95 |
| Account No.<br><br>**Martin Asphalt**<br>**Martin Product Sales LLC (Asphalt)**<br>**Attention: Managing Agent**<br>**P O Box 95367**<br>**Grapevine, TX 76099-9733** | - | | | | | | 9,000.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    288,788.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roadmark Corporation** _____ ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MEC Chemicals** **Attention: Managing Agent** **1379 Shoemaker Street** **Nanty Glo, PA 15943** | - | | | | | | 1,547.23 |
| Account No. | | | | | | | |
| **Mid-Atlantic Waste Systems** **Attention: Managing Agent** **7700 Old Alexander Ferry Road** **Clinton, MD 20735** | - | | | | | | 826.01 |
| Account No. | | | for notice purposes only | | | | |
| **Milner Document Product** **Attention: Managing Agent** **PO Box 41602** **Philadelphia, PA 19101-1602** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Milner, Inc.** **Attention: Managing Agent** **PO Box 923197** **Norcross, GA 30010-3197** | - | | | | | | 55.78 |
| Account No. | | | | | | | |
| **Motion Industries Inc** **Attention: Managing Agent** **P.O. Box 30288** **Alexandria, VA 22310** | - | | | | | | 2,009.42 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,438.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**                                         ,      Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **NC Division of Motor Vehicles** **Department 1** **Attention:  Managing Agent** **P O Box 29620** **Raleigh, NC 27626-0620** | - | | | | | | | | 497.96 |
| Account No. | | | | | | | | | |
| **Neff Rental, Inc** **Attention:  Managing Agent** **PO Box 405138** **Atlanta, GA 30384-5138** | - | | | | | | | | 4,277.33 |
| Account No. | | | | | | | | | |
| **Offix Image Smart** **Attn:  Managing Agent** **13525 Wellington Center Circle** **Gainesville, VA 20155** | - | | | | | | | | 10.00 |
| Account No. | | | | | | | | | |
| **Ozark Materials, LLC** **Attention:  Managing Agent** **PO Box 188** **Greenville, AL 36037** | - | | | | | | | | 592,790.72 |
| Account No. | | | | | | | | | |
| **Patrick A. Conway** **9935 Cherry Creek Blvd** **Apt 101** **Raleigh, NC 27617** | - | | | | | | | | 6.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

597,582.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roadmark Corporation** ,  Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | |
| Account No. <br><br> **Plural Component Technologies** <br> **Attn:  Managing Agent** <br> **3785 Lane Road** <br> **Perry, OH 44081** | - | | | | | | | | 486.64 |
| Account No. <br><br> **Poly-Carb, Inc.** <br> **Attn:  Managing Agent** <br> **62738 Collection Center Dr.** <br> **Chicago, IL 60693-0627** | - | | | | | | | | 20,000.00 |
| Account No. <br><br> **Potters Industries, Inc** <br> **Attn:  Managing Agent** <br> **PO Box 8500-S-7815** <br> **Philadelphia, PA 19178-7815** | - | | | | | | | | 139,945.15 |
| Account No. <br><br> **Prince William Co. Ser. Author.** <br> **Attention:  Managing Agent** <br> **P O Box 2306** <br> **VA 22093-0306** | - | | | | | | | | 341.30 |
| Account No. <br><br> **Public Service Company of NC** <br> **Attn:  Manager** <br> **P O Box 100256** <br> **Columbia, SC 29202-3256** | - | | | | | | | | 815.12 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **161,588.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roadmark Corporation**                                            ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Quarles Energy Services** **Attn: Managing Agent** **PO Box 7508** **Fredericksburg, VA 22404-7508** | - | | | | | | 2,800.72 |
| Account No. | | | for notice purposes only | | | | |
| **Quill Corporation** **Attn: Managing Agent** **PO Box 37600** **Philadelphia, PA 19101-0600** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Republic Services** **Attn: Managing Agent** **P O Box 900199** **Louisville, KY 40290** | - | | | | | | 2,260.90 |
| Account No. | | | for notice purposes only | | | | |
| **Rutherfoord Company** **Attn: Accounts Receivable** **One South Jefferson Street** **Roanoke, VA 24011** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **S & T Building Services, LLC** **Attention: Managing Agent** **P O Box 11962** **Columbia, SC 29211** | - | | | | | | 75.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              5,136.62

B6F (Official Form 6F) (12/07) - Cont.

In re __Roadmark Corporation_____,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Safety Kleen Attention: Managing Agent Box 12349 Columbia, SC 29211-2349 | - | | | | | | 596.00 |
| Account No. | | | | | | | |
| SCE&G Attention: Managing Agent P O Box 100255 Columbia, SC 29202-3255 | - | | | | | | 1,517.40 |
| Account No. | | | | | | | |
| Service Tire Truck Centers Attention: Managing Agent 2255 Avenue A Bethlehem, PA 18017 | - | | | | | | 796.54 |
| Account No. | | | | | | | |
| Sherwin Williams Co. (NC) Attention: Managing Agent PO Box 409991 Atlanta, GA 30384-9991 | - | | | | | | 212,438.52 |
| Account No. | | | | | | | |
| Smith Company Attention: Managing Agent 1610 S. Dixey Hwy Pompano Beach, FL 33060 | - | | | | | | 7,474.81 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

222,823.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roadmark Corporation**                                      ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **South Granville Primary Care** **Attention:  Manager** **1614 NC Highway 56** **Creedmoor, NC 27522** | - | | | | | | 1,403.00 |
| Account No. | | | | | | | |
| **Sprint (mobile)** **Attention:  Bankruptcy Dept** **P O Box 7949** **Overland Park, KS 66207** | - | | | | | | 2,081.67 |
| Account No. | | | office supplies | | | | |
| **Staples Credit Plan** **Attention:  Dept 51-7830034459** **PO Box 689020** **Des Moines, IA 50368** | - | | | | | | 35.64 |
| Account No. | | | | | | | |
| **Stay Alert Safety Services** **Attention:  Managing Agent** **P O Box 467** **Kernersville, NC 27285-0467** | - | | | | | | 14,050.39 |
| Account No. | | | | | | | |
| **Sunbelt Rentals -SC** **Attention:  Managing Agent** **PO Box 409211** **Atlanta, GA 30384-9211** | - | | | | | | 7,106.97 |

Sheet no. __15__ of __19__ sheets attached to Schedule of          Subtotal          24,677.67
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Surface Preparation Tech. Attention: Managing Agent 81 Texaco Road Mechanicsburg, PA 17050 | - | | | | | | 221,054.98 |
| Account No. | | | | | | | |
| Swarco Industries Attention: Managing Agent PO Box 89 Columbia, TN 38402-0089 | - | | | | | | 20,734.21 |
| Account No. | | | for notice purposes only | | | | |
| Time-Warner Cable Attention: Bankruptcy Dept 3140 W. Arrowood Road Charlotte, NC 28273 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Traffic Safety Supplies, Inc. Attention: Managing Agent 5313 Ritchie Road Bealeton, VA 22712 | - | | | | | | 3,035.84 |
| Account No. | | | | | | | |
| Traffix Devices Inc. Attention: Managing Agent 160 Avenida La Pata San Clemente, CA 92673 | - | | | | | | 55,286.00 |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **300,111.03**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**                                    ,         Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Travelers Insurance Co. Attn: CL Remittance Center PO Box 660317 Dallas, TX 75266-0317 | | - | | | | | | 6,785.83 |
| Account No. | | | | | | | | |
| Truck Body Corporation 4401 Richmond Highway Lynchburg, VA 24506 | | - | | | | | | 6,043.58 |
| Account No. | | | | | | | | |
| Truckcraft LLC Attention: Managing Agent 3924 Fairfax Farms Road Fairfax, VA 22033 | | - | | | | | | 22,810.25 |
| Account No. | | | | | | | | |
| Tyco Integrated Security Attention: Managing Agent P O Box 371967 Pittsburgh, PA 15250 | | - | | | | | | 1,179.79 |
| Account No. | | | | for notice purposes only | | | | |
| Umstead Systems, LLC Attention: Managing Agent 110 MacKenan Drive Cary, NC 27511 | | - | | | | | | 0.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,819.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roadmark Corporation**                                          ,        Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **United Rentals** **Attention:  Managing Agent** **PO Box 100711** **Atlanta, GA 30384-0711** | - | | | | | | 12,879.07 |
| Account No. | | | | | | | |
| **Universal Premium** **Attention:  Managing Agent** **P. O. Box  70995** **Charlotte, NC 28272-0995** | - | | | | | | 50,771.65 |
| Account No. | | | | | | | |
| **VA Dept Of Motor Vehicle** **Attention:  Managing Agent** **PO Box 25850** **Richmond, VA 23260-5850** | - | | | | | | 93.50 |
| Account No. | | | Stock redemption agreement | | | | |
| **Vincent Iannucci** **8532 Hawksmoor Drive** **Raleigh, NC 27615** | - | | | | | | 700,000.00 |
| Account No. | | | | | | | |
| **Washington Gas** **Attn:  Managing Agent** **P O Box 37747** **Philadelphia, PA 19101** | - | | | | | | 826.85 |

Sheet no. __**18**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **764,571.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roadmark Corporation** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | for notice purposes only | | | | |
| **Wells Fargo Insurance Services Attention: Managing Agent 150 N. Michigan Ave. Suite 3900 Chicago, IL 60601** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Western Branch Diesel, Inc Attention: Managing Agent 3504 Shipwright St. Portsmouth, VA 23707** | - | | | | | | | **246.76** |
| Account No. | | | | for notice purposes only | | | | |
| **Western States Mechanical Attention: Managing Agent 122 W. Homer St. Jackson Hole, WY 76520** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Windstream  Hosted Solutions Attention: Managing Agent PO Box 601834 Charlotte, NC 02826-0183** | - | | | | | | | **11,705.00** |
| Account No. | | | | | | | | |
| **Windstream Communications Attention: Managing Agent 265 Main Street Rochester, NY 14604** | - | | | | | | | **6,298.16** |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **18,249.92** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **8,023,768.21** |

B6H (Official Form 6H) (12/07)

.

In re    **Roadmark Corporation**
_____,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **DSCH Capital Partners, LLC**<br>**Attn: Manager**<br>**4601 Spicewood Springs Rd**<br>**Bldg 2, Suite 200**<br>**Austin, TX 78759** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **PMC Financial Services Group, LLC**<br>**Attn: Manager**<br>**12243 Branford St.**<br>**Sun Valley, CA 91352** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **Suntrust Bank**<br>**Attn: Manager**<br>**PO Box 79079**<br>**Baltimore, MD 21279** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **Ally Financial**<br>**Attention:  Managing Agent**<br>**PO Box 9001952**<br>**Louisville, KY 40290** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **BB&T**<br>**Attn: Manager**<br>**PO Box 2306**<br>**Wilson, NC 27894** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **Chase**<br>**Attn: Manager**<br>**PO Box 78068**<br>**Phoenix, AZ 85062** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **Southeast Toyota Financial**<br>**Attn: Manager**<br>**PO Box 70832**<br>**Charlotte, NC 28272** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **Southeast Toyota Financial**<br>**Attn: Manager**<br>**PO Box 70833**<br>**Charlotte, NC 28273** |
| **David Rosenthal**<br>**5019 Timberly Dr.**<br>**Durham, NC 27707** | **Southeast Toyota Financial**<br>**Attn: Manager**<br>**PO Box 70834**<br>**Charlotte, NC 28274** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re   **Roadmark Corporation**               ,    Case No. _____

<div align="center">Debtor</div>

<div align="center">

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David Rosenthal<br>5019 Timberly Dr.<br>Durham, NC 27707 | Southeast Toyota Financial<br>Attn: Manager<br>PO Box 70835<br>Charlotte, NC 28275 |
| Michael Iannucci<br>1208 High Glen Point<br>Raleigh, NC 27614 | Suntrust Bank<br>Attn: Manager<br>PO Box 79079<br>Baltimore, MD 21279 |
| Patrick A. Conway<br>9935 Cherry Creek Blvd.<br>Apt 101<br>Raleigh, NC 27617 | DSCH Capital Partners, LLC<br>Attn: Manager<br>4601 Spicewood Springs Rd<br>Bldg 2, Suite 200<br>Austin, TX 78759 |
| Patrick A. Conway<br>9935 Cherry Creek Blvd.<br>Apt 101<br>Raleigh, NC 27617 | PMC Financial Services Group, LLC<br>Attn: Manager<br>12243 Branford St.<br>Sun Valley, CA 91352 |
| Patrick A. Conway<br>9935 Cherry Creek Blvd.<br>Apt 101<br>Raleigh, NC 27617 | Suntrust Bank<br>Attn: Manager<br>PO Box 79079<br>Baltimore, MD 21279 |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Roadmark Corporation                            Case No. _____

                                   Debtor(s)            Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   January 26, 2015                     Signature    /s/ David Rosenthal

                                                   David Rosenthal
                                                   CFO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Roadmark Corporation _____    Case No. _____
_____
                                        Debtor(s)    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation
    paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
    behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ 0.00

    Prior to the filing of this statement I have received _____    $ _____ 0.00

    Balance Due _____    $ _____ 0.00

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ■ Other (specify):    Prepetition retainer and post-petition income as allowed by the Court

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    January 26, 2015 _____        /s/ John A. Northen, NCSB _____
                                                          John A. Northen, NCSB 6789
                                                          Northen Blue, L.L.P.
                                                          1414 Raleigh Road, Suite 435
                                                          P.O. Box 2208
                                                          Chapel Hill, NC 27515-2208
                                                          (919) 968-4441

---

## RESOLUTION OF BOARD OF DIRECTORS OF ROADMARK CORPORATION AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 11

WHEREAS, the financial condition of Roadmark Corporation (the "Company") necessitates the reorganization of the Company under the protections afforded by Chapter 11 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court for the Eastern District of North Carolina, a Chapter 11 petition and to otherwise proceed under Chapter 11 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED that any officer of the Company be and is hereby authorized to execute on behalf of the Company the petition, schedules and any other documents required for the Chapter 11 filings; and

BE IT FURTHER RESOLVED that the Company shall employ John A. Northen and the firm of Northen Blue, L.L.P. as their counsel to assist the Company in filing the Chapter 11 cases and in all proceedings thereunder.

BE IT FURTHER RESOLVED that the Company shall employ Elaine T. Rudisill and The Finley Group, Inc. as their chief restructuring officer and financial consultant to provide management services to the Company and to further assist the Company as requested by counsel during the course of the Chapter 11 proceedings.

BE IT FURTHER RESOLVED that the Company shall employ Lehman Pollard and the firm of Nelson & Company as accountants to assist the Company with respect to the preparation of tax returns and such other tax matters as may be requested by counsel for the Company during the course of the Chapter 11 proceedings.

The foregoing is a true and correct copy of the resolution approved by the Board of Directors of the Company at a duly called meeting on the 21st day of January, 2015 and has not been rescinded or amended as of this date.

This the 21st day of January, 2015.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Roadmark Corporation**

Debtor ,

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Rosenthal**<br>**5019 Timberly Drive**<br>**Durham, NC 27707** | **Common** | **21721.5** | **Stock** |
| **Patrick A. Conway**<br>**9935 Cherry Creek Blvd**<br>**Apt 101**<br>**Raleigh, NC 27617** | **Common** | **39250.5** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**January 26, 2015**_____

Signature  **/s/ David Rosenthal**

**David Rosenthal**
**CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    Roadmark Corporation

_____
                        Debtor(s)

Case No. _____

Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 26, 2015
_____

/s/ David Rosenthal
_____
David Rosenthal/CFO
Signer/Title

3M Corporation
Attn: Managing Agent
PO Box 601095
Charlotte, NC 28260-1095

Applied Maintenance Supplies & Solutions
Attention: Managing Agent
12420 Plaza Drive
Parma, OH 44130

Brite-Line Technologies LLC
Attention: Managing Agent
PO Box 932619
Cleveland, OH 44193

Airgas USA, LLC
Attn: Managing Agent
PO Box 532609
Atlanta, GA 30353-2609

ARCET Equipment Co.
Attention: Managing Agent
PO Box 10699
Lynchburg, VA 24506

Bryant's Container Service, Inc.
Attention: Managing Agent
3724 Stonecroft Blvd.
Chantilly, VA 20151

Alliance Funding Group
Attention: Managing Agent
PO Box 4130
Hopkins, MN 55343

Arlington Armature
7215 Lockport Place
Attention: Managing Agent
Lorton, VA 22079

Bullins-Guynn, Inc.
Attention: Managing Agent
PO Box 11579
Durham, NC 27703

Alliance Funding Group
3745 W. Chapman Ave. 2nd Floor
Orange, CA 92868

AWP, Inc.
dba Area Wide Protective
Attention: Managing Agent
826 Overholt Drive
Kent, OH 44240

Capital Rentals, Inc
Attention: Managing Agent
4506 Daly Dr Suite 100
Chantilly, VA 20151

Allied Waste Services #939
Attention: Managing Agent
PO Box 9001099
Louisville, KY 40290-1099

BB&T
Attn: Manager
PO Box 2306
Wilson, NC 27894

Carmax
Attn: Manager
PO Box 440809
Kennesaw, GA 30160

Ally Financial
Attention: Managing Agent
PO Box 9001952
Louisville, KY 40290

Bell Subrogation Services
Attn: Managing Agent
P O Box 24538
Tampa, FL 33623

CCP Industries
Attention: Managing Agent
PO Box 73627
Cleveland, OH 44193

Alsco Servitex Division
Attention: Managing Agent
PO Box 3594
Durham, NC 27702

Big Red Box
Attention: Managing Agent
1721 Pineview Drive
Columbia, SC 29209

Ceridian
Attn: FInance
P O Box 10989
Newark, NJ 07193

AmeriGas - Garner
Attention: Managing Agent
PO Box 371473
Pittsburgh, PA 15250-7473

Blue Ridge Diesel Injection Inc
Attention: Managing Agent
PO Box 867
Slame, VA 24153

CFE Equipment Corp
Attention: Managing Agent
813 Widgeon Road
Norfolk, VA 23513

Applied Industrial Tech.
Attention: Managing Agent
PO Box 6339
Cleveland, OH 44101-1339

Bluff Industrial Partners
Attention: Managing Agent
P O Box 11312
Columbia, SC 29211

Chase
Attn: Manager
PO Box 78068
Phoenix, AZ 85062

Cintas Corp #385
Attention:  AR Dept 800/870-1744
P O Box 630803
Cincinnati, OH 45263

David M. Rosenthal
5019 Timberly Drive
Durham, NC 27707

Dynatech Systems, Inc.
Attention:  Managing Agent
161 Reaser Ct.
Elyria, OH 44035

Cintas Corporation #218
Attention:  Managing Agent
PO Box 630803
Cincinnati, OH 45263-0803

David Rosenthal
5019 Timberly Dr.
Durham, NC 27707

Employment Security Commission
Attn:  Bankruptcy Dept
PO Box 26504
Raleigh, NC 27611

Clark Pavement Marking
Attention:  Managing Agent
P.O. Box 1029
Apex, NC 27502

David Rosenthal
5019 Timberly Drive
Durham, NC 27707

Ennis Paint, Inc.
Attention:  Managing Agent
P O Box 671185
Dallas, TX 75267-1185

CleanNet, Inc.
Attn:  Managing Agent
9861 Broken Land Parkway
Columbia, MD 21046

Diamond Springs
Attention:  Managing Agent
PO Box 38668
Richmond, VA 23231

Epoplex
Attention:  Managing Agent
One Park Avenue
Maple Shade, NJ 08052

Clegg's Termite & Pest Control
Attention:  Managing Agent
P O Box 3089
Durham, NC 27715

Dominion Virginia Power
Attention:  Managing Agent
PO Box 26543
Henrico, VA 23231

Flint Trading, Inc.
Attention:  Managing Agent
PO Box 160
Thomasville, NC 27361-0160

Comfort Engineers
Attention:  Managing Agent
P.O. Box 2955
Durham, NC 27715-2955

Donald B. Rice Tire Co., Inc
T/A Rice Tire
Attention:  Managing Agent
909 N. East Street
Frederick, MD 21701

Frontier Communications
Attention:  Collections
19 John Street
Middletown, NY 10940

Crystal Springs
Attention:  Managing Agent
PO Box 660579
Dallas, TX 75266-0579

DSCH Capital Partners, LLC
Attn:  Manager
4601 Spicewood Springs Rd
Bldg 2, Suite 200
Austin, TX 78759

Gregory Poole Industrial Div
Attention:  Managing Agent
PO Box 60457
Charlotte, NC 28260

Danton Hydroblasting LLC
Attention:  Managing Agent
603 Central Park Drive
Sanford, FL 32771

Duke Energy
Attention:  Beth Pate
P.O. Box 1771
Raleigh, NC 27602

Griffith Energy Services, Inc.
Attention:  Managing Agent
P O Box 62632
Baltimore, MD 21264-4064

Danton Hydroblasting LLC
603 Central Park Drive
Sanford, FL 32771

Durham County Tax Collector
Attn:  Manager
PO Box 30090
Durham, NC 27702-3090

Guardway
Attention:  Managing Agent
P.O. Box 26656
Charlotte, NC 28221

Internal Revenue Service
Attn: Centralized Insolvency Section
PO Box 7346
Philadelphia, PA 19101-7346

Michael Iannucci
1208 High Glen Point
Raleigh, NC 27614

Offix Image Smart
Attn: Managing Agent
13525 Wellington Center Circle
Gainesville, VA 20155

James River Equipment-Manassas
Attention: Managing Agent
9107 Owens Drive
Manassas Park, VA 20111

Mid-Atlantic Waste Systems
Attention: Managing Agent
7700 Old Alexander Ferry Road
Clinton, MD 20735

Ozark Materials, LLC
Attention: Managing Agent
PO Box 188
Greenville, AL 36037

Jeffrey M. Fisher
PO Box 4320
Chapel Hill, NC 27515

Milner Document Product
Attention: Managing Agent
PO Box 41602
Philadelphia, PA 19101-1602

Patrick A. Conway
9935 Cherry Creek Blvd
Apt 101
Raleigh, NC 27617

Legacy Forklift & Equipment
Attention: Managing Agent
3851 Oxford Outer Loop Road
Oxford, NC 27565

Milner, Inc.
Attention: Managing Agent
PO Box 923197
Norcross, GA 30010-3197

Patrick A. Conway
9935 Cherry Creek Blvd.
Apt 101
Raleigh, NC 27617

Lusk Disposal Service
Attention: Managing Agent
P O box 300
Bluefield, WV 24701

Motion Industries Inc
Attention: Managing Agent
P.O. Box 30288
Alexandria, VA 22310

Patrick A. Conway
9935 Cherry Creek Blvd
Apt 101
Raleigh, NC 27617

Magnolia Advanced Materials, Inc.
Attention: Managing Agent
5547 Peachtree Industrial Blvd.
Chamblee, GA 30341-2296

NC Department of Revenue
Attn: Bankruptcy Dept
501 N Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-5000

Paul S. Arrow
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017-1730

Mark Rite Lines Equipment Co.
Attention: Managing Agent
5379 Southgate Drive
Billings, MT 59107-1154

NC Division of Motor Vehicles
Department 1
Attention: Managing Agent
P O Box 29620
Raleigh, NC 27626-0620

Plural Component Technologies
Attn: Managing Agent
3785 Lane Road
Perry, OH 44081

Martin Asphalt
Martin Product Sales LLC (Asphalt)
Attention: Managing Agent
P O Box 95367
Grapevine, TX 76099-9733

Neff Rental, Inc
Attention: Managing Agent
PO Box 405138
Atlanta, GA 30384-5138

PMC Financial Services Group, LLC
Attn: Manager
12243 Branford St.
Sun Valley, CA 91352

MEC Chemicals
Attention: Managing Agent
1379 Shoemaker Street
Nanty Glo, PA 15943

NMHG Financial Services, Inc.
PO Box 35701
Billings, MT 59107-5701

Poly-Carb, Inc.
Attn: Managing Agent
62738 Collection Center Dr.
Chicago, IL 60693-0627

Potters Industries, Inc
Attn:  Managing Agent
PO Box 8500-S-7815
Philadelphia, PA 19178-7815

Premium Assignment Corporation
Attn: Manager
PO Box 8800
Tallahassee, FL 32314

Prince William Co. Ser. Author.
Attention:  Managing Agent
P O Box 2306
VA 22093-0306

Public Service Company of NC
Attn:  Manager
P O Box 100256
Columbia, SC 29202-3256

Quarles Energy Services
Attn:  Managing Agent
PO Box 7508
Fredericksburg, VA 22404-7508

Quill Corporation
Attn:  Managing Agent
PO Box 37600
Philadelphia, PA 19101-0600

Republic Services
Attn:  Managing Agent
P O Box 900199
Louisville, KY 40290

Rutherfoord Company
Attn: Accounts Receivable
One South Jefferson Street
Roanoke, VA 24011

S & T Building Services, LLC
Attention:  Managing Agent
P O Box 11962
Columbia, SC 29211

Safety Kleen
Attention:  Managing Agent
Box 12349
Columbia, SC 29211-2349

SCE&G
Attention:  Managing Agent
P O Box 100255
Columbia, SC 29202-3255

Service Tire Truck Centers
Attention:  Managing Agent
2255 Avenue A
Bethlehem, PA 18017

Sherwin Williams Co. (NC)
Attention:  Managing Agent
PO Box 409991
Atlanta, GA 30384-9991

Smith Company
Attention:  Managing Agent
1610 S. Dixey Hwy
Pompano Beach, FL 33060

South Carolina Department of Revenue
Attn:  Sales Tax Section
PO Box 125
Columbia, SC 29214-0001

South Granville Primary Care
Attention:  Manager
1614 NC Highway 56
Creedmoor, NC 27522

Southeast Toyota Financial
Attn: Manager
PO Box 70832
Charlotte, NC 28272

Southeast Toyota Financial
Attn: Manager
PO Box 70833
Charlotte, NC 28273

Southeast Toyota Financial
Attn: Manager
PO Box 70834
Charlotte, NC 28274

Southeast Toyota Financial
Attn: Manager
PO Box 70835
Charlotte, NC 28275

Sprint (mobile)
Attention:  Bankruptcy Dept
P O Box 7949
Overland Park, KS 66207

Staples Credit Plan
Attention:  Dept 51-7830034459
PO Box 689020
Des Moines, IA 50368

Stay Alert Safety Services
Attention:  Managing Agent
P O Box 467
Kernersville, NC 27285-0467

Stearns Bank
500 13th Street
Albany, MN 56307

Sunbelt Rentals -SC
Attention:  Managing Agent
PO Box 409211
Atlanta, GA 30384-9211

Suntrust Bank
Attn: Manager
PO Box 79079
Baltimore, MD 21279

Surface Preparation Tech.
Attention:  Managing Agent
81 Texaco Road
Mechanicsburg, PA 17050

Surface Preparation Tech.
81 Texaco Road
Mechanicsburg, PA 17050

Swarco Industries
Attention: Managing Agent
PO Box 89
Columbia, TN 38402-0089

Teresa Ruiz Schober
Schober & Schober, P.C.
1611 Nueces Street
Austin, TX 78701

Time-Warner Cable
Attention: Bankruptcy Dept
3140 W. Arrowood Road
Charlotte, NC 28273

Toyota Motor Credit
PO box 3457
Torrance, CA 90510-3457

Traffic Safety Supplies, Inc.
Attention: Managing Agent
5313 Ritchie Road
Bealeton, VA 22712

Traffix Devices Inc.
Attention: Managing Agent
160 Avenida La Pata
San Clemente, CA 92673

Travelers Insurance Co.
Attn: CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Truck Body Corporation
4401 Richmond Highway
Lynchburg, VA 24506

Truckcraft LLC
Attention: Managing Agent
3924 Fairfax Farms Road
Fairfax, VA 22033

Tyco Integrated Security
Attention: Managing Agent
P O Box 371967
Pittsburgh, PA 15250

Umstead Systems, LLC
Attention: Managing Agent
110 MacKenan Drive
Cary, NC 27511

United Rentals
Attention: Managing Agent
PO Box 100711
Atlanta, GA 30384-0711

Universal Premium
Attention: Managing Agent
P. O. Box 70995
Charlotte, NC 28272-0995

VA Dept Of Motor Vehicle
Attention: Managing Agent
PO Box 25850
Richmond, VA 23260-5850

Vincent Iannucci
8532 Hawksmoor Drive
Raleigh, NC 27615

Virginia Department of Taxation
Attn: Sales & Use Tax Division
PO Box 26626
Richmond, VA 23261-6626

Washington Gas
Attn: Managing Agent
P O Box 37747
Philadelphia, PA 19101

Wells Fargo Insurance Services
Attention: Managing Agent
150 N. Michigan Ave.
Suite 3900
Chicago, IL 60601

Western Branch Diesel, Inc
Attention: Managing Agent
3504 Shipwright St.
Portsmouth, VA 23707

Western States Mechanical
Attention: Managing Agent
122 W. Homer St.
Jackson Hole, WY 76520

Windstream Hosted Solutions
Attention: Managing Agent
PO Box 601834
Charlotte, NC 02826-0183

Windstream Communications
Attention: Managing Agent
265 Main Street
Rochester, NY 14604

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   Roadmark Corporation              Case No.            
             Debtor(s)     Chapter    11      

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Roadmark Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 26, 2015                            /s/ John A. Northen, NCSB

Date                                     John A. Northen, NCSB 6789

Signature of Attorney or Litigant

Counsel for   Roadmark Corporation

Northen Blue, L.L.P.

1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441