IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE:<br><br>ROADMARK CORPORATION,<br><br>    DEBTOR | CASE NO. 15-00432-5-DMW<br>CHAPTER 11 |
|---|---|
| **Emergency Motion To Maintain Existing Bank Account** ||

NOW COMES Roadmark Corporation (the "Debtor") and moves the Court for authority to maintain and designate an existing bank account as a "debtor-in-possession" account, as follows:

1. On January 26, 2015 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code. The Debtor continues in possession of its assets as debtor-in-possession. No official committee of unsecured creditors has been appointed.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this matter is a core proceeding under 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

3. As of the Petition Date, the Debtor maintained a number of bank accounts, each of which was listed in the Debtor's schedules and summarized as follows:

| Bank | Last 4 digits of account # |
|---|---|
| SunTrust Bank | 0540 |
| Branch Banking & Trust | 7510 |
| Edward D. Jones | 9789 |
| Union Bank | 7060 |

4. The Debtor wishes to maintain the existing account at Branch Banking & Trust Co. as a debtor-in-possession account, without closing and reopening the account. This account was opened in January 2015 with the intention of having an account immediately available for payment of business expenses after the commencement of this proceeding. There are no outstanding checks issued against this account prior to the Petition Date.

   5. The Debtor intends to close all remaining amounts and transfer the proceeds to the account at Branch Banking & Trust Co.

  Wherefore, the Debtor prays the Court for the following relief:

   1. Authorize the Debtor to maintain the account at Branch Banking & Trust Co. as a debtor-in-possession account.

   2. Authorize the Debtor to close all remaining accounts and transfer the funds on deposit to the account at Branch Banking & Trust Co.

   3. Such other relief as the Court may deem necessary and proper.

Date:  January 26, 2015

            /s/ John A. Northen

**Counsel for the Debtor:**
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
John Paul H. Cournoyer, NCSB #42224
jpc@nbfirm.com
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone:  919-968-4441