IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE:<br><br>ROADMARK CORPORATION,<br><br>   DEBTOR | CASE NO. 15-00432-5-DMW<br>CHAPTER 11 |
|---|---|
| Notice Of Emergency Hearings ||

Roadmark Corporation (the "Debtor") has filed the following motions (the "Emergency Motions" and the Court has scheduled hearings to consider the relief requested therein commencing at 11:00 o'clock a.m. on January 29, 2015 in the U.S. Bankruptcy Court, 3rd floor Courtroom, 300 Fayetteville St., Raleigh, NC:

1. Emergency Motion For Authority To Use Cash Collateral

2. Emergency Motion for an Order Authorizing Debtor to (1) Pay Pre-petition Employee Wages, Salaries and Related Items, (2) Make Payments for which Payroll Deductions Were Made, (3) Make Pre-Petition Contributions and Pay Benefits Under Employee Benefit Plans, and (4) Pay All Costs Incident to the Foregoing

3. Emergency Motion For Order Under Section 366 Of The Bankruptcy Code (A) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Approving Deposit As Adequate Assurance Of Payment, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment

4. Emergency Motion To Maintain Existing Bank Account

January 26, 2015

/s/ John A. Northen

**Counsel for the Debtor:**
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
John Paul H. Cournoyer, NCSB #42224
jpc@nbfirm.com
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441