VAN–093 Order – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Roadmark Corporation
( *known aliases*: RMK Holdings, Inc. )
P O Box 209
Butner, NC 27509

TaxID: 56–1227511

CASE NO.: 15–00432–5–DMW

DATE FILED: January 26, 2015

CHAPTER: 11

AMENDED
ORDER CONDITIONALLY APPROVING AMENDED DISCLOSURE STATEMENT,
FIXING LAST DAY TO FILE OBJECTIONS TO THE AMENDED DISCLOSURE STATEMENT,
FIXING LAST DAY TO FILE ACCEPTANCES/REJECTIONS OF THE SECOND AMENDED PLAN,
SETTING HEARING ON CONFIRMATION OF THE SECOND AMENDED PLAN,
DIRECTING THAT BALLOTS BE FILED, AND
DIRECTING THE PLAN PROPONENT TO FILE REPORT ON BALLOTS

A(n) amended disclosure statement under Chapter 11 of Title 11 of the United States Code having been filed on **November 18, 2015**, and a(n) second amended plan having been filed on **January 15, 2016**, referred to hereafter as plan and disclosure statement, and

It having been determined that the disclosure statement contains adequate information; now therefore,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

A. The disclosure statement referred to above is conditionally approved.

B. **March 2, 2016** is fixed as the last day for filing and serving in accordance with Rule 3017(a), Federal Rules of Bankruptcy Procedure, written objections to the disclosure statement. If no objections or requests to modify the disclosure statement are filed on or before that date, the conditional approval of the disclosure statement shall become final. Any objections to or requests to modify the disclosure statement will be considered at the confirmation hearing held pursuant to 11 U.S.C. § 1128(a) and Rule 3020(b), Federal Rules of Bankruptcy Procedure.

C. The hearing on confirmation of the plan is scheduled as follows:

 DATE:     Tuesday, March 8, 2016
 TIME:     11:00 AM
 PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

D. **March 2, 2016** is fixed as the last day for filing written acceptances or rejections of the plan. The ballot enclosed should be completed and filed with the plan proponent on or before that date.

E. **March 2, 2016** is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Rule 3020(b)(1), Federal Rules of Bankruptcy Procedure.

F. On or before **January 26, 2016** , the plan proponent must transmit the disclosure statement and the plan referred to above, this order, and official form 14 (ballot for accepting and rejecting the plan), to all creditors, equity security holders, Bankruptcy Administrator, and other parties in interest as provided in

Rule 3017(d), Federal Rules of Bankruptcy Procedure. A certificate of service must be filed with the court on or before **January 29, 2016** evidencing service.

G. The plan proponent must prepare and file a summary report on the votes, with a copy of each ballot attached, with the court at or before the hearing on the plan which is set in paragraph C above. The report should identify the name of the creditor by class as designated in the plan, the acceptance, rejection, or, if no vote cast by the creditor, the amount of each creditor's claim or amount of each creditor's vote. The report must be summarized by each class of creditor established in the plan and must indicate if the number of acceptances obtained were by the holders of two–thirds in amount and more than one–half in number of claims in each class voting on the plan. A copy of the report must be served on the

U.S. Bankruptcy Administrator
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

as well as on each member of the unsecured creditors' committee and counsel for the unsecured creditors' committee. The report as filed with the clerk of court must have a certificate of service reflecting proper service on the parties.

DATED: January 20, 2016

                                                David M. Warren
                                                United States Bankruptcy Judge